**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-99-794-PHX-LOA |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| Peggi Lee Mullins, aka Peggy Lee Cline, | |
| Defendant. | |

Pursuant to the Government's Motion to Dismiss and good cause appearing:

**IT IS HEREBY ORDERED** dismissing this case without prejudice in the interests of justice and quashing the Bench Warrant issued September 23, 1999.

DATED this 4th day of August, 2006.

Lawrence O. Anderson
United States Magistrate Judge